# PATRICK J. BRACKLEY
ATTORNEY AT LAW

The Woolworth Building
233 Broadway, Suite 2370, New York NY, 10279

Tel: (212)334-3736
Fax: (212)965-9375
Patrickbrackley@aol.com

December 11, 2015

George B. Daniels
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: DEC 14 2015

RE: *USA v. Roque Irizarry*
11 cr 00470

Honorable Judge Daniels:

This letter is in regards to the above captioned individual who was sentenced by your honor to 30 months incarceration on March 30, 2012.

At this time I am respectfully requesting he be permitted to travel to the Dominican Republic between the dates of December 23, 2015 and February 1, 2016 to attend a family reunion.

He will be residing with his wife and children and staying at his aunt's home, Ms. Llamilet Medina at Torre Llobregat II Apt #401, Los Espeulla, Santo Domingo, Dominican Republic at telephone number 809-854-1724.

He has no violations in his supervised release and has maintained steady employment.

Respectfully Submitted,

/s/
PATRICK J. BRACKLEY, ESQ.
233 Broadway, Suite 2370
New York, New York 10279
Tel: (212) 334-3736
Fax: (212)965-9375
patrickbrackley@aol.com